IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| BRANCOUS LP1,<br><br>           Plaintiff,<br><br>     v.<br><br>BRAEMAR HOTELS & RESORTS INC., et al.,<br><br>           Defendants. | Case No. 1:25-cv-03971 |

**CORPORATE DISCLOSURE STATEMENT OF**
**PLAINTIFF, BRANCOUS LP1**

Pursuant to Fed R. Civ. P. 7.1 and Local Rule 103.3, the undersigned, as counsel to Plaintiff Brancous LP1 ("Plaintiff"), certifies as follows:

- Plaintiff has no parent or affiliate.

- The partners of Plaintiff are as follows: (1) Alejandro Malbran; (2) Hector Castaggeroni; (3) Rolf Winters; (4) Aware Impact Srl, a Panama Corporation; (5) Alejandro Malbran; (6) Noemi Alazraki; (7) Florencia Tertzakian; and (8) Ariel Neuhaus.

[ Signatures Appear on Following Page ]

1

Dated: December 5, 2025	/s/ Keith M. Lusby
**GEBHARDT & SMITH LLP**
Keith M. Lusby (Bar No. 05596)
Timothy VanCisin (Bar No. 21538)
One South Street, Suite 2200
Baltimore, Maryland 21202
klusby@gebsmith.com
(410) 385-5028


**MORRIS KANDINOV LLP**
Aaron Morris (*pro hac forthcoming*)
Jonathan Voegele (*pro hac forthcoming*)
305 Broadway, 7th Floor
New York, New York 10007
aaron@moka.law
jonathan@moka.law
332.910.5229

*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of December, 2025, I caused the foregoing Corporate Disclosure Statement to be served through the Court's CM/ECF system and sent, via first-class mail, postage prepaid, to all Defendants at the below address:

    CSC-Lawyers Incorporating Service Company
    7 St. Paul Street – Suite 820
    Baltimore, MD 21202

    */s/ Keith M. Lusby*
    Keith M. Lusby