UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRANCOUS, LP1<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRAEMAR HOTELS & RESORTS INC., et al.<br><br>　　　　　Defendants, | Civil Action No. 25-cv-03971-SAG |

**MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

Plaintiff Brancous, LP1 ("Plaintiff"), by undersigned counsel and pursuant to Federal Rule of Civil Procedure 65, hereby moves for a temporary restraining order and preliminary injunction against all Defendants, because (1) Plaintiff will suffer irreparable injury if injunctive relief is not granted immediately, (2) the likely harm to Defendants is slight or nonexistent, (3) Plaintiff is likely to succeed on the merits, and (4) the requested relief is in the public interest.

For those reasons, and the reasons set forth Plaintiff's Memorandum of Law in Support of Motion For Temporary Restraining Order and Preliminary Injunction, Plaintiff respectfully requests that the Court:

Enter a temporary restraining order to:

1. Enjoin the 2025 Annual Meeting scheduled for December 15, 2025 and declare void all votes cast to date; and

2. Issue a schedule on hearing Plaintiff's request for a preliminary injunction.

Upon hearing, enter a preliminary injunction to:

1. Order the 2025 Annual Meeting rescheduled on a date certain that permits all shareholders to vote on all director nominees;

2. Enjoin Defendants from relying on the current Definitive Proxy or proxy card and any votes cast pursuant to the defective proxy materials;

3. Order the Company to accept Plaintiff's nominations as valid and timely;

4. Order dissemination of a corrected proxy statement and universal proxy card containing Plaintiff's nominees;

5. Grant such other and further relief as the Court deems just and proper.

    Respectfully submitted,

Dated: December 5, 2025

*/s/ Keith M. Lusby*
**GEBHARDT & SMITH LLP**
Keith M. Lusby (Bar No. 05596)
One South Street, Suite 2200
Baltimore, Maryland 21202
klusby@gebsmith.com
(410) 385-5028

**MORRIS KANDINOV LLP**
Aaron T. Morris (*pro hac forthcoming*)
305 Broadway, 7th Floor
New York, New York 10007
aaron@moka.law
(332) 240-4024

*Attorneys for Plaintiff Brancous, LP1*

## RULE 65(b)(1)(B) CERTIFICATION

I HEREBY CERTIFY pursuant to Federal Rule of Civil Procedure 65(b)(1)(B) that:

1. Plaintiff's counsel has or will make all reasonable efforts to provide notice of Plaintiff's request for a temporary restraining order to Defendants and their anticipated counsel.

2. Specifically, on December 5, 2025, Plaintiff's counsel sent written notice by email to last known litigation counsel attaching the Verified Complaint, civil cover sheet, summonses, and the instant Motion.

3. On December 5, 2025, Plaintiff's counsel instructed a process server to serve Defendant Braemar Hotels & Resorts Inc.'s registered agent with all materials filed to date.

4. Despite these efforts, Plaintiff's counsel have not heard from Defendants or anticipated counsel and believe that further attempts either will be duplicative or futile or will result in irreparable harm to the Plaintiff before relief can be obtained.

5. Based on the foregoing, additional notice should be excused, and a temporary restraining order should issue without further notice to Defendants.

*/s/ Keith M. Lusby*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Brancous, LP1's Motion for Temporary Restraining Order and Preliminary Injunction will be served upon all Defendants along with original process in this action.

*/s/ Keith M. Lusby*