UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRANCOUS, LP1<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BRAEMAR HOTELS & RESORTS INC., et al.<br><br>　　　　　Defendants, | Civil Action No. 25-cv-03971-SAG |

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Based on the facts alleged in the Verified Complaint (ECF No. 1) and for the reasons set forth in Plaintiff's Memorandum of Law in Support of Motion For Temporary Restraining Order and Preliminary Injunction, the Court finds that Plaintiff has demonstrated that (1) Plaintiff will suffer irreparable injury if injunctive relief is not granted immediately, (2) the likely harm to Defendants is slight or nonexistent, (3) Plaintiff is likely to succeed on the merits, and (4) the requested relief is in the public interest.

Accordingly, Plaintiff's request for a temporary restraining order is hereby GRANTED and the Court orders as follows:

1. The 2025 Annual Meeting scheduled for December 15, 2025 is ENJOINED; and
2. A schedule on hearing Plaintiff's request for a preliminary injunction shall issue forthwith.

_____　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　　　　　　　　Stephanie A. Gallagher
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge